**Order entered July 12, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00265-CV

### JOHN T. JENKINS, Appellant

### V.

### COUNSELORS LINDSAY L. LAMBERT AND CHERYL R.WORLEY, ET AL, Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-04402**

## ORDER

We **GRANT** appellant John T. Jenkins's July 11, 2013 unopposed motion for extension of time to file a motion for en banc reconsideration. Appellant shall file his motion no later than July 29, 2013.

/David W. Evans/
DAVID W. EVANS
JUSTICE